# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Christopher Shane Arnold

Debtor(s)

In Proceedings
Under Chapter 7

BK 19–30045–lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–0583

# ORDER OF DISMISSAL

TO THE DEBTOR(S):

This matter having come before the Court because of debtor(s) failure to submit required documents to the voluntary petition; the debtor(s) having failed to fully submit the required documents,

**IT IS ORDERED** that the case is **DISMISSED** for want of prosecution.

ENTERED: February 6, 2019

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE